# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.  3:23-mj-<u>81</u> |
| ) | |
| v.                                           ) | Driving Under the Influence of Alcohol |
| ) | 18 U.S.C. Section 13, Assimilating the |
| NIXON B. MONDRAGON-MELARA,   ) | 1950 Code of Virginia, Section 18.2-266 |
| ) | & 270(A) (Count 1) |
| *Defendant.*                       ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

**(Citation No. E1804126)**

On or about September 17, 2023, in the Eastern District of Virginia at Fort Gregg-Adams, Virginia, property administered by the Department of Defense and within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant, NIXON B. MONDRAGON-MELARA, was found operating a motor vehicle under the influence of alcohol. (In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Sections 18.2-266 & 270(A)).

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Stephanie N. Hasenfus
District of Columbia Bar No. 1724557
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1537
Fax: (804) 765-1950
Email: stephanie.n.hasenfus.mil@army.mil